JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

RECEIVED
2008 JUL 29 AM II: 41
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Filed
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TRIEU LAM and<br>THANH TRAN,<br>  a/k/a David Tran<br><br>        Defendants. | ) No. CR-04-20198-JF<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING DATE FOR<br>) STATUS CONFERENCE AND<br>) EXCLUDING TIME FROM AUGUST 6,<br>) 2008 THROUGH OCTOBER 15, 2008<br>) FROM CALCULATIONS UNDER THE<br>) SPEEDY TRIAL ACT<br>)<br>)<br>) |

Defendant Trieu Lam ("Lam" or "defendant") and plaintiff United States of America,

hereby stipulate as follows:

1.      The above-captioned case is a trade secret case in which there are thousands of pages of

discovery. There are outstanding discovery issues. Defendant Lam and the government have

entered into a stipulated protective order to facilitate the discovery of confidential information.

On November 1, 2006, defense counsel raised additional issues concerning this information. In

February 2007, the government has sent defense counsel a response to these issues. On March

11, 2007, defense counsel requested clarification of the government's responses. On April 26,

2007, the government provided this clarification. The parties met on September 13, 2007, and

1  began investigating the issues that arose from this meeting. The parties completed a substantial
2  portion of their investigation and  met in late January 2008 to discuss a potential disposition to
3  this matter. Due to conflicts in their schedules, the parties were unable to meet again until July
4  29, 2008. At that meeting, the parties discussed a potential disposition that would require
5  additional investigation. The parties need additional time to complete their investigations and
6  discussions to determine whether a disposition is possible. In addition, defense counsel will be
7  unavailable for part of August 2008 because of a family vacation. Government counsel also
8  anticipates being on annual leave for part of September 2008.

9  2.       The defendant understands and agrees to the exclusion of time from calculations under
10 the Speedy Trial Act, 18 U.S.C. § 3161, for the period from August 6, 2008 through October 15,
11 2008, based upon the need for the defense counsel to analyze the confidential information and
12 investigate further the facts of the present case. Defense counsel needs additional time to
13 investigate the facts of this case and evaluate further possible defenses and motions available to
14 the defendant.

15 3.       A status conference will not being meaningful until after defendant Lam has had an
16 opportunity to complete his investigation. The parties agree that the status conference currently
17 scheduled for August 6, 2008 and should be continued to October 15, 2008 at 9 a.m.

18 4.       The attorney for defendant Lam joins in the request to exclude time under the Speedy
19 Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is
20 necessary for effective preparation of the defense; believes the exclusion is in the defendant's
21 best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C.
22 § 3161, should be for the period from August 6, 2008 through October 15, 2008.

23         Given these circumstances, the parties believe, and request that the Court find, that the
24 ends of justice are served by excluding the period from August 6, 2008 through October 15,
25 2008, from calculations under the Speedy Trial Act and that the requested exclusion outweighs

26
27
28

1   the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18

2   U.S.C.

3   § 3161(h)(8)(A) & (B)(iv).

4

5   IT IS SO STIPULATED.

6

    DATED:  7/29/08                          JOSEPH P. RUSSONIELLO
7                                            United States Attorney

8

9                                            HANLEY CHEW
                                             Assistant United States Attorney
10

11  DATED: 7/29/0C

12

13                                           STEVEN K. MANCHESTER
                                             Attorney for defendant Trieu Lam
14                     **[PROPOSED] ORDER**

15          Having considered the stipulation of the parties, the Court finds that: (1) the defendant

16  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

17  U.S.C. § 3161, for the period from August 6, 2008 through October 15, 2008, based upon the

18  need for the defense counsel to investigate further the facts of the present case, review the

19  discovery that the government has already provided and evaluate further possible defenses and

20  motions available to the defendant; (2) the exclusion of time is necessary for effective

21  preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are

22  served by excluding from calculations under the Speedy Trial Act the period from August 6,

23  2008 through October 15, 2008.

24          Accordingly, the Court further orders that (1) the status conference set for August 6, 2008

25  is vacated and that the next appearance date before this Court is scheduled for October 15,

26

27

28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1  2008 at 9:00 a.m.; and (2) the period from August 6, 2008 through October 15, 2008 is excluded
2  from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
3
4  IT IS SO ORDERED.
   DATED:
5
6
7  THE HONORABLE JEREMY FOGEL
   UNITED STATES MAGISTRATE JUDGE
8           District
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF