JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

RECEIVED
2008 OCT -2 AM 11: 43
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRIEU LAM and<br>THANH TRAN,<br>  a/k/a David Tran<br><br>    Defendants. | No. CR-04-20198-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DATE FOR<br>STATUS CONFERENCE AND<br>EXCLUDING TIME FROM OCTOBER 15,<br>2008 THROUGH DECEMBER 10, 2008<br>FROM CALCULATIONS UNDER THE<br>SPEEDY TRIAL ACT |

Defendant Trieu Lam ("Lam" or "defendant") and plaintiff United States of America, hereby stipulate as follows:

1.    The above-captioned case is a trade secret case in which there are thousands of pages of discovery. There are outstanding discovery issues. Defendant Lam and the government have entered into a stipulated protective order to facilitate the discovery of confidential information. On November 1, 2006, defense counsel raised additional issues concerning this information. In February 2007, the government has sent defense counsel a response to these issues. On March 11, 2007, defense counsel requested clarification of the government's responses. On April 26, 2007, the government provided this clarification. The parties met on September 13, 2007, and

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

began investigating the issues that arose from this meeting. The parties completed a substantial portion of their investigation and met in late January 2008 to discuss a potential disposition to this matter. Due to conflicts in their schedules, the parties were unable to meet again until July 29, 2008. At that meeting, the parties discussed a potential disposition that would require additional investigation. The parties need additional time to complete their investigations and discussions to determine whether a disposition is possible.

2. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from October 15, 2008 through December 10, 2008, based upon the need for the defense counsel to analyze the confidential information and investigate further the facts of the present case. Defense counsel needs additional time to investigate the facts of this case and evaluate further possible defenses and motions available to the defendant.

3. A status conference will not being meaningful until after defendant Lam has had an opportunity to complete his investigation. The parties agree that the status conference currently scheduled for October 15, 2008 and should be continued to December 10, 2008 at 9 a.m.

4. The attorney for defendant Lam joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from October 15, 2008 through December 10, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding the period from October 15, 2008 through December 10, 2008, from calculations under the Speedy Trial Act and that the requested exclusion outweighs

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1 | the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18
2 | U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 10/1/08

JOSEPH P. RUSSONIELLO
United States Attorney

_____
HANLEY CHEW
Assistant United States Attorney

DATED:

_____
STEVEN R. MANCHESTER
Attorney for defendant Trieu Lam

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from October 15, 2008 through December 10, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations under the Speedy Trial Act the period from October 15, 2008 through December 10, 2008.

Accordingly, the Court further orders that (1) the status conference set for October 15, 2008 is vacated and that the next appearance date before this Court is scheduled for December

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:                    JOSEPH P. RUSSONIELLO
                          United States Attorney

                          _____
                          HANLEY CHEW
                          Assistant United States Attorney

DATED: 10/1/08            _____
                          STEVEN R. MANCHESTER
                          Attorney for defendant Trieu Lam

[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from October 15, 2008 through December 10, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations under the Speedy Trial Act the period from October 15, 2008 through December 10, 2008.

Accordingly, the Court further orders that (1) the status conference set for October 15, 2008 is vacated and that the next appearance date before this Court is scheduled for December

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1  10, 2008 at 9:00 a.m.; and (2) the period from October 15, 2008 through December 10, 2008 is
2  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

3  IT IS SO ORDERED.

4  DATED: 10/7/08

*[signature]*

THE HONORABLE JEREMY FOGEL
UNITED STATES MAGISTRATE JUDGE
DISTRICT

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF