JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

RECEIVED
2008 NOV 18 AM 11: 50
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRIEU LAM and<br>THANH TRAN,<br>　　a/k/a David Tran<br><br>　　　　Defendants. | No. CR-04-20198-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DATE FOR<br>STATUS CONFERENCE AND<br>EXCLUDING TIME FROM DECEMBER<br>10, 2008 THROUGH JANUARY 28, 2009<br>FROM CALCULATIONS UNDER THE<br>SPEEDY TRIAL ACT |

Defendant Trieu Lam ("Lam" or "defendant") and plaintiff United States of America, hereby stipulate as follows:

1.　　The above-captioned case is a trade secret case in which there are thousands of pages of discovery. There are outstanding discovery issues. Defendant Lam and the government have entered into a stipulated protective order to facilitate the discovery of confidential information. On November 1, 2006, defense counsel raised additional issues concerning this information. In February 2007, the government has sent defense counsel a response to these issues. On March 11, 2007, defense counsel requested clarification of the government's responses. On April 26, 2007, the government provided this clarification. The parties met on September 13, 2007, and

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

began investigating the issues that arose from this meeting. The parties completed a substantial portion of their investigation and met in late January 2008 to discuss a potential disposition to this matter. Due to conflicts in their schedules, the parties were unable to meet again until July 29, 2008. At that meeting, the parties discussed a potential disposition that would require additional investigation. The parties need additional time to complete their investigations and discussions to determine whether a disposition is possible. In addition, with the commencement of the holiday season, the parties anticipate that several individuals necessary to the investigation may be unavailable for differing amounts of time. Moreover, government will be unavailable the week of December 8, 2008 because of family reasons.

2. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from December 10, 2008 through January 28, 2009, based upon the need for the defense counsel to analyze the confidential information and investigate further the facts of the present case. Defense counsel needs additional time to investigate the facts of this case and evaluate further possible defenses and motions available to the defendant.

3. A status conference will not being meaningful until after defendant Lam has had an opportunity to complete his investigation. The parties agree that the status conference currently scheduled for December 10, 2008 and should be continued to January 28, 2008 at 9 a.m.

4. The attorney for defendant Lam joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from December 10, 2008 through January 28, 2009.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding the period from December 10, 2008 through January 28, 2009, from calculations under the Speedy Trial Act and that the requested exclusion outweighs

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1 | the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18
2 | U.S.C. § 3161(h)(8)(A) & (B)(iv).
3 |
4 | IT IS SO STIPULATED.
5 | DATED: 11/18/08
6 | JOSEPH P. RUSSONIELLO
   | United States Attorney
7 |
8 | HANLEY CHEW
   | Assistant United States Attorney
9 |
10 | DATED:
11 |
12 | STEVEN R. MANCHESTER
   | Attorney for defendant Trieu Lam

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from December 10, 2008 through January 28, 2009, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations under the Speedy Trial Act the period from December 10, 2008 through January 28, 2009.

Accordingly, the Court further orders that (1) the status conference set for December 10, 2008 is vacated and that the next appearance date before this Court is scheduled for January 28, 2008 at 9:00 a.m.; and (2) the period from December 10, 2008 through January 28, 2009 is

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

11/18/2008 09:39  Received 40828 54 MWS  Case 5:04-cr-20198-JF  Document 78  Nov 18 2008 09:24am  Filed 12/02/08  Page 4 of 5  PAGE 04/05

US ATTORNEY OFFICE    Fax    Nov 14 2008 09:19am P004/005

1  the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18
2  U.S.C. § 3161(h)(8)(A) & (B)(iv).
3
4  IT IS SO STIPULATED.
5
6  DATED:                                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
7
8                                            HANLEY CHEW
                                             Assistant United States Attorney
9
10 DATED: 11/17/2008
11
12                                           STEVEN R. MANCHESTER
                                             Attorney for defendant Trieu Lam
13                        **[PROPOSED] ORDER**
14         Having considered the stipulation of the parties, the Court finds that: (1) the defendant
15 understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18
16 U.S.C. § 3161, for the period from December 10, 2008 through January 28, 2009, based upon the
17 need for the defense counsel to investigate further the facts of the present case, review the
18 discovery that the government has already provided and evaluate further possible defenses and
19 motions available to the defendant; (2) the exclusion of time is necessary for effective
20 preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are
21 served by excluding from calculations under the Speedy Trial Act the period from December 10,
22 2008 through January 28, 2009.
23         Accordingly, the Court further orders that (1) the status conference set for December 10,
24 2008 is vacated and that the next appearance date before this Court is scheduled for January 28,
25 2008 at 9:00 a.m.; and (2) the period from December 10, 2008 through January 28, 2009 is
26
27
28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

2  IT IS SO ORDERED.

3  DATED: 11/26/08

　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ~~MAGISTRATE~~ JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF