1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

3

4   HANLEY CHEW (CSBN 189985)
    Assistant United States Attorney

5       150 Almaden Boulevard, Suite 900
        San Jose, California 95113

6       Telephone: (408) 535-5061
        Facsimile: (408) 535-5066

7       E-mail: hanley.chew@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT

10
                 NORTHERN DISTRICT OF CALIFORNIA

11
                        SAN JOSE DIVISION

12
    UNITED STATES OF AMERICA,          )   No. CR-04-20198-JF
13                                      )
                 Plaintiff,             )   STIPULATION AND [PROPOSED]
14                                      )   ORDER CONTINUING DATE FOR
           v.                           )   STATUS CONFERENCE AND
15                                      )   EXCLUDING TIME FROM JANUARY 28,
    TRIEU LAM                           )   2009 TO APRIL 1, 2009 FROM
16                                      )   CALCULATIONS UNDER THE SPEEDY
                 Defendant.             )   TRIAL ACT
17   _____ )

18          Defendant Trieu Lam ("Lam" or "defendant") and plaintiff United States of America,

19   hereby stipulate as follows:

20   1.     The above-captioned case is a trade secret case in which there are thousands of pages of

21   discovery.  There are outstanding discovery issues.  Defendant Lam and the government have

22   entered into a stipulated protective order to facilitate the discovery of confidential information.

23   On November 1, 2006, defense counsel raised additional issues concerning this information.  In

24   February 2007, the government has sent defense counsel a response to these issues.  On March

25   11, 2007, defense counsel requested clarification of the government's responses.  On April 26,

26   2007, the government provided this clarification.   The parties met on September 13, 2007, and

27   began investigating the issues that arose from this meeting.  The parties completed a substantial

28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1  portion of their investigation and  met in late January 2008 to discuss a potential disposition to
2  this matter.  Due to conflicts in their schedules, the parties were unable to meet again until July
3  29, 2008.  At that meeting, the parties discussed a potential disposition that would require
4  additional investigation.  The parties need additional time to complete their investigations and
5  discussions to determine whether a disposition is possible.  .

6  2.       The defendant understands and agrees to the exclusion of time from calculations under
7  the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 28, 2009 through April 1,
8  2009, based upon the need for the defense counsel to analyze the confidential information and
9  investigate further the facts of the present case.  Defense counsel needs additional time to
10 investigate the facts of this case and evaluate further possible defenses and motions available to
11 the defendant.

12 3.       A status conference will not being meaningful until after defendant Lam has had an
13 opportunity to complete his investigation.  The parties agree that the status conference currently
14 scheduled for January 28, 2009 and should be continued to April 1, 2009 at 9 a.m.

15 4.       The attorney for defendant Lam joins in the request to exclude time under the Speedy
16 Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is
17 necessary for effective preparation of the defense; believes the exclusion is in the defendant's
18 best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C.
19 § 3161, should be for the period from January 28, 2009 through April 1, 2009.

20       Given these circumstances, the parties believe, and request that the Court find, that the
21 ends of justice are served by excluding the period from January 28, 2009 through April 1, 2009,
22 from calculations under the Speedy Trial Act and that the requested exclusion outweighs the best

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 1/16/09                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        /s/ Hanley Chew
                                        HANLEY CHEW
                                        Assistant United States Attorney


DATED: 1/16/09                          /s/ Steven R. Manchester
                                        STEVEN R. MANCHESTER
                                        Attorney for defendant Trieu Lam

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 28, 2009 through April 1, 2009, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations under the Speedy Trial Act the period from January 28, 2009 through April 1, 2009.

Accordingly, the Court further orders that (1) the status conference set for January 28, 2009  is vacated and that the next appearance date before this Court is scheduled for April 1, 2009 at 9:00 a.m.; and (2) the period from January 28, 2009 through April 1, 2009 is excluded

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1  from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

2
3  IT IS SO ORDERED.

   DATED: 1/27/09
4
5
6                                    THE HONORABLE JEREMY FOGEL
                                     UNITED STATES MAGISTRATE JUDGE
                                                      DISTRICT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF