JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-04-20198-JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING DATE FOR |
| v. | ) | STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME FROM APRIL 1, 2009 |
| TRIEU LAM | ) | TO JUNE 17, 2009  FROM |
| | ) | CALCULATIONS UNDER THE SPEEDY |
| Defendant. | ) | TRIAL ACT |
| | ) | |

    Defendant Trieu Lam ("Lam" or "defendant") and plaintiff United States of America,

hereby stipulate as follows:

1.    The above-captioned case is a trade secret case in which there are thousands of pages of

discovery.  There are outstanding discovery issues.  Defendant Lam and the government have

entered into a stipulated protective order to facilitate the discovery of confidential information.

On November 1, 2006, defense counsel raised additional issues concerning this information.  In

February 2007, the government has sent defense counsel a response to these issues.  On March

11, 2007, defense counsel requested clarification of the government's responses.  On April 26,

2007, the government provided this clarification.   The parties met on September 13, 2007, and

began investigating the issues that arose from this meeting.  The parties completed a substantial

1   portion of their investigation and  met in late January 2008 to discuss a potential disposition to

2   this matter.  Due to conflicts in their schedules, the parties were unable to meet again until July

3   29, 2008.  At that meeting, the parties discussed a potential disposition that would require

4   additional investigation.  The parties need additional time to complete their investigations and

5   discussions to determine whether a disposition is possible.  In addition, government counsel will

6   be unavailable the week of March 30, 2009 for family medical reasons and has a trial beginning

7   in early May 2009 that is likely to last several weeks.

8   2.      The defendant understands and agrees to the exclusion of time from calculations under

9   the Speedy Trial Act, 18 U.S.C. § 3161, for the period from April 1, 2009 through June 17, 2009,

10  based upon the need for the defense counsel to analyze the confidential information and

11  investigate further the facts of the present case.  Defense counsel needs additional time to

12  investigate the facts of this case and evaluate further possible defenses and motions available to

13  the defendant.

14  3.      A status conference will not being meaningful until after defendant Lam has had an

15  opportunity to complete his investigation.  The parties agree that the status conference currently

16  scheduled for April 1, 2009 and should be continued to June 17, 2009 at 9 a.m.

17  4.      The attorney for defendant Lam joins in the request to exclude time under the Speedy

18  Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is

19  necessary for effective preparation of the defense; believes the exclusion is in the defendant's

20  best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C.

21  § 3161, should be for the period from April 1, 2009 through June 17, 2009.

22          Given these circumstances, the parties believe, and request that the Court find, that the

23  ends of justice are served by excluding the period from April 1, 2009 through June 17, 2009,

24  from calculations under the Speedy Trial Act and that the requested exclusion outweighs the best

25

26

27

28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/6/09                               JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                           /s/ Hanley Chew
                                           HANLEY CHEW
                                           Assistant United States Attorney


DATED: 3/6/09                               /s/ Steven R. Manchester
                                           STEVEN R. MANCHESTER
                                           Attorney for defendant Trieu Lam

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from April 1, 2009 through June 17, 2009, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations under the Speedy Trial Act the period from April 1, 2009 through June 17, 2009.

Accordingly, the Court further orders that (1) the status conference set for April 1, 2009 is vacated and that the next appearance date before this Court is scheduled for June 17, 2009 at 9:00 a.m.; and (2) the period from April 1, 2009 through June 17, 2009 is excluded

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF

1   from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

2

3   IT IS SO ORDERED.

4   DATED:   3/18/09

5                                        _____
                                         THE HONORABLE JEREMY FOGEL
6                                        UNITED STATES MAGISTRATE JUDGE
                                                        DISTRICT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER CONT.
STATUS CONFERENCE AND EXCLUDING TIME
CR-03-20198-JF