Steven R. Manchester (State Bar No. 45589)
Attorney at Law
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113-1808
408.293.5400 – Telephone
408.293.5401 - Facsimile

Attorney for Defendant, Trieu Lam

JAN 1 2 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TRIEU LAM,<br><br>  Defendant. | No. CR-04-20198 JF<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO RETURN PASSPORT TO DEFENDANT |

The parties stipulate as follows:

1. The conditions of the defendant Trieu Lam's release pending trial require that he submit his passport to the Clerk of the Court.

2. It is appropriate to modify the conditions of defendant Trieu Lam's release to return his passport to him.

3. All other conditions of defendant Trieu Lam's release should remain the same.

Dated: 1/11/10

_____/s/_____
Ass't. U.S. Atty. Hanley Chew

Dated: 1/11/10

_____/s/_____
Steven R. Manchester
Attorney for Defendant Trieu Lam

ORDER

The parties having stipulated thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the conditions of defendant Trieu Lam's release be modified to permit the return of his passport to him. The Clerk of the Court shall return his passport to him upon request. All other conditions of the defendants release shall remain the same.

Dated: 1/12/10

Patricia V. Trumbull
United States Magistrate Judge